Alyssa M. Staudinger (State Bar No. 300845)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:     +1.949.851.3939
Facsimile:     +1.949.553.7539
Email:         astaudinger@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ROWLEY,<br><br>             Plaintiff,<br><br>      v.<br><br>Experian Information Solutions, Inc.;<br>Equifax, Inc.; Auto Resources, Inc.; USA<br>Discounters, Ltd.; WebBank and DOES 1<br>through 100 inclusive,<br><br>             Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION<br>PURSUANT 28 U.S.C. § 1441**<br><br>**[FEDERAL QUESTION JURISDICTION]** |

NAI-1500575659v1

**TO THE CLERK OF COURT:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information Solutions, Inc. ("Experian") hereby files a Notice of Removal for the above-captioned action to this Court.

In further support of this Notice, Experian states:

1.     Experian is a named Defendant in Civil Action No. 1-15-cv-285649 filed in the Superior Court of the State of California, County of Santa Clara, Limited Jurisdiction Division (the "State Court Action").

2.     The Complaint in the State Court Action was filed with the Clerk of the Superior Court of the State of California, County of Santa Clara, on September 15, 2015. Experian was served with the Complaint on September 28, 2015.

3.     This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleadings setting forth the claims for relief upon which Plaintiff's action is based.

4.     Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is a true and correct copy of all substantive records and proceedings from the State Court Action.

5.     Pursuant to 28 U.S.C. § 1446(d), Experian shall file a copy of this Notice of Removal with the clerk of the State Court Action, and shall serve Plaintiff through his attorney of record in the State Court Action with this Notice promptly after its filing.

6.     Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.     The claims of relief alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u.  Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The

**NOTICE OF REMOVAL OF ACTION PURSUANT 28 U.S.C. § 1441**
**[FEDERAL QUESTION JURISDICTION]**

1   above-captioned action may properly be removed to this United States District Court pursuant to

2   28 U.S.C. § 1441(a) and (b).

3          8.      This Court is the proper district court for removal because Santa Clara County

4   Superior Court is located within the United States District Court for the Northern District of

5   California.  The proper intradistrict assignment for this case is the San Jose Division per Civil

6   Local Rule 3-2(e).

7          9.      Experian is informed and believes that no other defendant in the State Court

8   Action have been served with Summons and the Complaint.

9          10.     By filing this Notice of Removal, Experian does not waive any defense to the

10  Complaint, including but not limited to lack of service, improper service, or lack of personal

11  jurisdiction.

12         WHEREFORE, Experian notices the removal of this case to the United States District

13  Court for the Northern District of California pursuant to 28 U.S.C. §1441 *et seq*.

14

15  Dated:  October 7, 2015                    JONES DAY

16

17                                             By: */s/ Alyssa M. Staudinger*
                                                   Alyssa M. Staudinger

18                                             Attorneys for Defendant
19                                             EXPERIAN INFORMATION SOLUTIONS,
                                               INC.

20

21

22

23

24

25

26

27

28

NAI-1500575659v1                               3

**NOTICE OF REMOVAL OF ACTION PURSUANT 28 U.S.C. § 1441**
**[FEDERAL QUESTION JURISDICTION]**

1

## **PROOF OF SERVICE**

2

I, Deborah Hayes, declare:

3

I am a citizen of the United States and employed in Orange County, California.  I am over

4

the age of eighteen years and not a party to the within-entitled action.  My business address is

5

3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  I am readily familiar with this

6

firm's practice for collection and processing of correspondence for mailing with the United States

7

Postal Service.  On October 7, 2015, I placed with this firm at the above address for deposit with

8

the United States Postal Service a true and correct copy of the within document(s):

9

**NOTICE OF REMOVAL OF ACTION PURSUANT 28 U.S.C. § 1441**
**[FEDERAL QUESTION JURISDICTION]**

10

in a sealed envelope, postage fully paid, addressed as follows:

11

12

Scott J. Sagaria
Elliot W. Gale

13

Joseph M. Angelo
SAGARIA LAW, P.C.

14

2033 Gateway Place, 5th Floor
San Jose, CA 95110

15

Tel: 408.279.2288; Fax: 408.279.2299

16

***Attorneys for Plaintiff***
***JOSEPH ROWLEY***

17

18

Following ordinary business practices, the envelope was sealed and placed for collection

19

and mailing on this date, and would, in the ordinary course of business, be deposited with the

20

United States Postal Service on this date.

21

I declare that I am employed in the office of a member of the bar of this court at whose

22

direction the service was made.

23

Executed on October 7, 2015, at Irvine, California.

24

25

*/s/ Deborah Hayes*

26

Deborah Hayes

27

28

NAI-1500575659v1

4