Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:     +1.949.851.3939
Facsimile:     +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ROWLEY,<br><br>            Plaintiff,<br><br>      v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al,<br><br>            Defendants. | Case No.  5:15-cv-04651-EJD<br><br>Assigned to: Judge Edward J. Davila<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTICE THAT** Plaintiff Joseph Rowley and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

///

///

///

///

///

Dated: January 8, 2016

Respectfully submitted,

By: */s/ Alyssa M. Staudinger*
Alyssa M. Staudinger
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Tel: (949)851-3939
Fax: (949)553-7539
astaudinger@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: January 8, 2016

Respectfully submitted,

By: */s/ Elliot Gale*
Elliot Gale
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: (408) 279-2288
Fax: (408)279-2299
egale@sagarialaw.com

Attorneys for Plaintiff
JOSEPH ROWLEY

# CERTIFICATE OF SERVICE

I, Alyssa M. Staudinger, declare I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On January 8, 2016, I served a copy of the **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am readily familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the Court. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF user(s) were served:

Scott J. Sagaria
Elliot W. Gale
Joseph M. Angelo
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Tel: 408.279.2288; Fax: 408.279.2299

***Attorneys for Plaintiff
JOSEPH ROWLEY***

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2016, at Irvine, California.

*/s/ Alyssa M. Staudinger*
Alyssa M. Staudinger