1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 | JOSEPH ROWLEY,                          | Federal Case No.: 5:15-CV-04651-EJD
13 |         Plaintiff,                       |
14 |    vs.                                   | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WEBBANK; [PROPOSED] ORDER**
15 | EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., |
16 |         Defendants.                      |

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19     IT IS HEREBY STIPULATED by and between plaintiff Joseph Rowley and defendant

20 WebBank, that WebBank be dismissed from this action with prejudice pursuant to Federal Rules

21 of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and

22 costs.

23 //

24 //

25 //

26 //

27 //

28 //

| | | |
|---|---|---|
| DATED:  February 3, 2016 | | Sagaria Law, P.C. |
| | | By: ___/s/ Elliot W. Gale___ |
| | | Elliot W. Gale |
| | | Attorneys for Plaintiff |
| | | Joseph Rowley |
| | | |
| DATED:  February 3, 2016 | | Farella Braun + Martel LLP |
| | | |
| | | By: ___/s/Alexander Porcaro___ |
| | | Alexander Porcaro |
| | | Attorneys for Defendant |
| | | WebBank |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alexander Porcaro has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, WebBank is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 2/5/2016

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE