```
 1  Scott Sagaria (State Bar No.217981)
    Elliot Gale (State Bar No. 263326)
 2  Joe Angelo (State Bar No. 268542)
    SAGARIA LAW, P.C.
 3  2033 Gateway Place, 5th Floor
    San Jose, California 95110
 4  Telephone: (408) 279-2288
    Facsimile: (408) 279-2299
 5
    Attorneys for Plaintiff
 6
 7
 8
                   UNITED STATES DISTRICT COURT
 9
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10
11
    JOSEPH ROWLEY,                    Federal Case No.: 5:15-CV-04651-EJD
12
            Plaintiff,
13
        vs.                           STIPULATED REQUEST FOR
14                                    DISMISSAL OF DEFENDANT
    EXPERIAN INFORMATION SOLUTIONS,   EXPERIAN INFORMATION
15  INC.; et. al.,                    SOLUTIONS, INC.; [PROPOSED] ORDER
16          Defendants.
17
18  TO THE COURT, CLERK OF COURT, AND ALL PARTIES:
19         IT IS HEREBY STIPULATED by and between plaintiff Joseph Rowley and defendant
20  Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action
21  with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party
22  shall bear its own attorneys' fees and costs.
23  //
24  //
25  //
26  //
27  //
28  //
```

| | | |
|---|---|---|
| 1 | DATED: February 22, 2016 | Sagaria Law, P.C. |
| 2 | | By: _/s/ Elliot W. Gale_ |
| 3 | | Elliot W. Gale |
| 4 | | Attorneys for Plaintiff<br>Joseph Rowley |
| 5 | | |
| 6 | DATED: February 22, 2016 | Jones Day |
| 8 | | By: _/s/Alyssa Staudinger_ |
| 9 | | Alyssa Staudinger<br>Attorneys for Defendant |
| 10 | | Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alyssa Staudinger has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 2/24/2016

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE