UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ROWLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, INC., et al.,<br><br>　　　　Defendants. | Case No.  5:15-cv-04651-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　In order to allow the parties additional time to finalize a settlement agreement and file a dismissal of Equifax, Inc., the Case Management Conference scheduled for March 17, 2016, is CONTINUED to **10:00 a.m. on April 21, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **April 14, 2016.**

　　　In addition, Plaintiff shall request the clerk enter the default of Auto Resources, Inc., or shall otherwise resolve or dismiss the claims against it, on or before **April 14, 2016.**

　　　**IT IS SO ORDERED.**

Dated:  March 11, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge