UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ROWLEY,<br><br>        Plaintiff,<br><br>   v.<br><br>AUTO RESOURCES, INC.,<br><br>        Defendant. | Case No. 5:15-cv-04651-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff's Case Management Statement filed on April 14, 2016 (Dkt. No. 32), and in light of the pending motion for entry of default, the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for April 21, 2016, is VACATED.

A hearing on Plaintiff's anticipated Motion for Default Judgment is scheduled for **9:00 a.m. on July 21, 2016.** Plaintiff shall file the motion on or before **June 16, 2016.**

**IT IS SO ORDERED.**

Dated: April 15, 2016

                                                      _____
                                                      EDWARD J. DAVILA
                                                      United States District Judge