UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ROWLEY,<br><br>   Plaintiff,<br><br> v.<br><br>AUTO RESOURCES, INC.,<br><br>   Defendant. | Case No.  5:15-cv-04651-EJD<br><br>**ORDER TO SHOW CAUSE** |

On April 15, 2016, the court issued an order that required Plaintiff to file a Motion for Default Judgment as to Defendant Auto Resources Inc. on or before June 16, 2016.  Dkt. No. 33. The deadline to take such action has expired and Plaintiff has not complied.

Accordingly, the court hereby issues an order to show cause why all claims against Defendant Auto Resources Inc. should not be dismissed for failure to prosecute.  If Plaintiff does not, by **July 13, 2016**, either (1) file a Motion for Default Judgment as to Defendant Auto Resources Inc. or (2) demonstrate good cause in writing why the claims should not be dismissed, the court will dismiss them with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: July 8, 2016

                _____
                EDWARD J. DAVILA
                United States District Judge