UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH ROWLEY,<br><br>           Plaintiff,<br><br>     v.<br><br>AUTO RESOURCES, INC.,<br><br>           Defendant. | Case No.  5:15-cv-04651-EJD<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT** |

Because Plaintiff did not comply with the Order to Show Cause filed on July 8, 2016 (Dkt. No. 35), all claims against Auto Resources, Inc. are DISMISSED WITH PREJUDICE for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July 14, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-04651-EJD
ORDER DISMISSING CLAIMS AGAINST DEFENDANT